WILLIAM M. VAN BUREN, Respondent, v. WALTER F. SCHREIBER and DOUGLAS R. COOK, Appellants.— Appeal from a final judgment of the Supreme Court, entered in the Albany county clerk's office on March 17, 1937, upon the verdict of a jury in favor of the plaintiff against the defendants for $3,000 damages and $106.40 costs. Plaintiff was driving an automobile truck and trailer easterly on the south side of the Albany-Schenectady State highway, a straight and level four-strip concrete pavement. He had parked his vehicle off the pavement on the south side. As he started up and pulled back on the pavement, defendant's truck, coming from the rear and following another truck which went on by in safety, ran into the rear of plaintiff's vehicle. Plaintiff testified that his truck and trailer were fully lighted. Appellants contended that plaintiff's truck was not moving and was parked on the pavement without lights. The case presents only a question of fact which was resolved by the jury in plaintiff's favor. Judgment unanimously affirmed, with costs. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK on Complaint of ROSE DE PAULA, Respondent. v. LOUIS DE MARCO, Appellant.— Appeal by defendant from an order and judgment of the Children's Court of Schenectady county dated June 5, 1936, and filed in the clerk's office of that court on the same day convicting defendant of being the father of a female child born to complainant out of wedlock on May 10, 1936. On this appeal defendant contends that the order of filiation is against the weight of the evidence and that the trial judge erred in not permitting defendant to offer evidence as to his good character. The order appealed from is sustained by the proof. On the trial defendant made no attempt to prove his good character and the trial judge stated that his character was not an issue. Order and judgment unanimously affirmed, with costs. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.